DOCUMENT
ELECTRONICALLY FILED
D: 3-2-09

```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
ACM SHIPPING SERVICES LTD.           :
                                     :
                    Plaintiff,       :    08 Civ. 8198 (VM)
                                     :
    - against -                      :
                                     :
CHEMTRANS INTERNATIONAL SRL,         :
SANTOS TREASURE LTD. and             :
STAR HOLDING SRL                     :
                    Defendant(s).    :
------------------------------------X
```

**VICTOR MARRERO, United States District Judge.**

In reviewing the Docket Sheet for this matter, the Court noted that there has been no recorded action or correspondence known to the Court regarding the status of the matter since December 10, 2008. At that time plaintiff filed an amended complaint and proposed order for issuance of a maritime attachment. The Court notified the plaintiff by telephone that it would not grant the order for issuance of a maritime attachment because of certain issues it identified with the amended complaint. No request for leave to file a second amended complaint was sent to the Court.

Accordingly, it is hereby

**ORDERED** that plaintiff is directed to inform the Court by March 9, 2009 of the status of the matter and whether any further litigation with respect to the action is contemplated. In the event the Court receives no response to this Order by the date indicated the case may be dismissed for lack of

prosecution.

**SO ORDERED.**

Dated:     NEW YORK, NEW YORK
           27 February 2009

                              _____
                                  Victor Marrero
                                     U.S.D.J.